Dismissed and Memorandum Opinion filed February 17, 2005









Dismissed and Memorandum Opinion filed February 17,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00054-CV

____________

 

SAK
INVESTMENTS, L.I.C., Appellant

 

V.

 

MICHAEL
POMYKAL, NICK DIXON and LYDIA SCHNEIDER, Appellees

 



 

On Appeal from the
344th District Court

Chambers County,
Texas

Trial Court Cause
No. 20952-A

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed July 16,
2004, and made final by severance order signed October 12, 2004.  On February 11, 2005, the parties filed a
joint motion to dismiss the appeal because appellant no longer desires to
prosecute its appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 17, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.